01

02

03

04

05

06

07

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

08   UNITED STATES OF AMERICA,     )
                                      )    CASE NO. CR04-308-RSL

09         Plaintiff,            )
                                        )

10         v.                    )
                                        )    DETENTION ORDER

11   JONATHAN ALAN ELLS,       )
                                        )

12         Defendant.         )
_____ )

13

14   <u>Offense charged</u>:     Distribution of Child Pornography; Receipt of Child Pornography

15   <u>Date of Detention Hearing</u>:   January 27, 2012.

16         The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and

17 based upon the factual findings and statement of reasons for detention hereafter set forth, finds

18 that no condition or combination of conditions which defendant can meet will reasonably

19 assure the appearance of defendant as required and the safety of other persons and the

20 community.

21        FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

22        1.      The AUSA indicates that the defendant fled to South Africa after the charges

DETENTION ORDER
PAGE -1

01 were filed in this case in 2004. An arrest warrant was issued and the defendant was

02 apprehended.

03       2.      Defendant does not contest entry of a detention order.

04       3.      Defendant poses a risk of danger due to the nature of the current charges. He

05 poses a risk of nonappearance due to warrant status, arrest in South Africa, and lack of known

06 background information.

07       4.      There does not appear to be any condition or combination of conditions that will

08 reasonably assure the defendant's appearance at future Court hearings while addressing the

09 danger to other persons or the community.

10 It is therefore ORDERED:

11   1. Defendant shall be detained pending trial and committed to the custody of the Attorney

12      General for confinement in a correction facility separate, to the extent practicable, from

13      persons awaiting or serving sentences or being held in custody pending appeal;

14   2. Defendant shall be afforded reasonable opportunity for private consultation with

15      counsel;

16   3. On order of the United States or on request of an attorney for the Government, the

17      person in charge of the corrections facility in which defendant is confined shall deliver

18      the defendant to a United States Marshal for the purpose of an appearance in connection

19      with a court proceeding; and

20   4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel

21      for the defendant, to the United States Marshal, and to the United State Pretrial Services

22      Officer.

01        DATED this <u>27th</u> day of January, 2012.

02

03

04                                      Mary Alice Theiler
                                      United States Magistrate Judge